# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

PARAMOUNT PICTURES )
CORPORATION, a Delaware corporation; )
and WARNER BROS. ENTERTAINMENT )
INC., a Delaware corporation, )
)
      Plaintiffs, )
)
v. )      No. 1:08-CV-29 CAS
)
ROGER BURKE, an individual, )
)
      Defendant. )

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that plaintiffs' Application for Default Judgment by the Court is **GRANTED**.  [Doc. 14]

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of Two Thousand Five Hundred Ninety Dollars and Eighty-Eight Cents ($2,590.88).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

- *Save The Last Dance*;

- *Four Brothers;*

- *Tim Burton's The Corpse Bride*;

and any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

_____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  _21st_  day of April, 2008.